# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Carlos Bojorquez-Rodriguez,<br>a.k.a.: Carlos Umberto Bojorquez-Rodriguez,<br>a.k.a.: Carlos Rodriguez Bojorquez,<br>(A 099 470 380)<br>*Defendant* | Case No. 16-525 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 23, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Bojorquez-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about December 5, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
Complainant's signature

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 30, 2016

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 23, 2016, Carlos Bojorquez-Rodriguez was booked into the Maricopa County Jail (MCJ) intake facility by the Mesa Police Department on local charges. While incarcerated at the MCJ, Bojorquez-Rodriguez was examined by ICE Officer T. Tropea who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 29, 2016, Bojorquez-Rodriguez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Bojorquez-Rodriguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Bojorquez-Rodriguez to be a citizen of Mexico and a previously deported criminal alien. Bojorquez-Rodriguez was removed from the United States to Mexico through Nogales, Arizona, on or about December 5,

1

2008, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Bojorquez-Rodriguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Bojorquez-Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Bojorquez-Rodriguez was convicted of Possession of Marijuana, a felony offense, on April 27, 2005, in the Superior Court of Arizona, Maricopa County. Bojorquez-Rodriguez was sentenced to eighteen (18) months' probation. Bojorquez-Rodriguez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 29, 2016, Carlos Bojorquez-Rodriguez was advised of his constitutional rights. Bojorquez-Rodriguez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 23, 2016, Carlos Bojorquez-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about December 5, 2008, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me this 30th day of November, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge

3